IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD HALL, JR., ) | |
| ) | Civil Action No. 14 – 988 |
| Plaintiff, ) | |
| ) | District Judge Maurice B. Cohill |
| v. ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| ROBERT GILMORE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM ORDER

**AND NOW**, this 27th day of August, 2014, after Plaintiff, Gerald Hall, Jr., initiated this case in the Eastern District of Pennsylvania and was granted leave to proceed in this action *in forma pauperis*; and after the case was transferred to this Court on July 22, 2014; and after a Report and Recommendation was issued by the Magistrate Judge recommending that Plaintiff's Complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); and after Plaintiff was served with the Report and Recommendation and filed Objections thereto on August 5, 2014; and upon consideration of the Report and Recommendation, Plaintiff's Objections, and an independent review of the record,

**IT IS HEREBY ORDERED** that Plaintiff's Objections do not undermine the Report and Recommendation (ECF No. 5), which is adopted as the Opinion of this Court.

**IT IS FURTHER ORDERED** that, for the reasons set forth in the Report and Recommendation, Plaintiff's Complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

1

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Appoint Counsel is denied as moot.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case closed.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

By the Court:

*Maurice B. Cohill, Jr.*
Maurice B. Cohill
United States District Judge

cc: Gerald Hall, Jr.
BT-5575
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370
(*Via First Class Mail*)