# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERALD HALL, JR., <br><br> Plaintiff, <br><br> v. <br><br> ROBERT GILMORE, <br><br> Defendants. | Civil Action No. 14 – 988 <br><br> District Judge Maurice B. Cohill <br> Chief Magistrate Judge Lisa Pupo Lenihan |

## **MEMORANDUM ORDER**

Plaintiff, Gerald Hall, Jr., initiated this case in the Eastern District of Pennsylvania and was granted leave to proceed in this action *in forma pauperis*. The case was then transferred to this Court on July 22, 2014. On July 28, 2014, Magistrate Judge Lisa Pupo Lenihan issued a Report and Recommendation recommending that Plaintiff's Complaint be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). On August 27, 2014, we adopted the Report and Recommendation and dismissed Plaintiff's Complaint as frivolous.

On September 8, 2014, Mr. Hall filed a Motion requesting that the Court order officials at SCI Greene to cease deducting money from his inmate account to pay the filing fee in this case arguing that since the Complaint was dismissed and he did not intend to appeal the dismissal the continuing deductions to pay the filing fee were illegal and unconstitutional. Magistrate Judge Lenihan denied the motion explaining that law requires a prisoner granted *in forma pauperis* to pay the full amount of the filing fee regardless of whether his Complaint is dismissed at the

screening stage or his case proceeds to trial, and that the filing fee requirement is, in part, to deter the filing of frivolous lawsuits. Order, Sept. 18, 2014.

Mr. Hall has now filed a document purporting to be an attempt to enforce a security interest pursuant to an alleged contract arising out of Judge Lenihan's Order denying his motion to have the filing fee payments stopped. ECF No. 10. We will treat this document as an Appeal of the Magistrate Judge's Order. Mr. Hall has also filed a "Notice to Defend," which appears to include tenets of the Sovereign Citizen Movement and/or similar fringe legal theories. ECF No. 11. Obviously Mr. Hall's documents are frivolous. Similar deviant and fringe legal theories and tactics have been tried to be used in courts across the country, never with any success. Accordingly, we will deny his appeal.

AND NOW, to-wit, this _1st_ day of October, 2014, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Appeal of Magistrate Judge Decision dated September 18, 2014 be and hereby is DENIED.

Maurice B. Cohill, Jr.
Senior United States District Judge

cc: Gerald Hall, Jr.
BT-5575
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370
(*Via First Class Mail*)